| | |
|---|---|
| Kellie Lerner (*pro hac vice*)<br>Ben Steinberg (*pro hac vice*)<br>Lily Fagin (*pro hac vice*)<br>**SHINDER CANTOR LERNER LLP**<br>14 Penn Plaza, Suite 1900<br>New York, NY 10122<br>(646) 960-8601<br>kellie@scl-llp.com<br>benjamin@scl-llp.com<br>lfagin@scl-llp.com<br><br>Brian D. Caplan<br>Julie Wlodinguer (*pro hac vice*)<br>**REITLER KAILAS & ROSENBLATT LLP**<br>885 Third Avenue, 20th Floor<br>New York, NY 10022<br>(212) 209-3050<br>bcaplan@reitlerlaw.com<br>jwlodinguer@reitlerlaw.com<br><br>*Attorneys for Plaintiff LyricFind, Inc.*<br>*Additional Counsel Listed on Signature Page* | Rocky Tsai (SBN: 221452)<br>**ROPES & GRAY LLP**<br>Three Embarcadero Center<br>San Francisco, CA 94111<br>(415) 315-6358<br>rocky.tsai@ropesgray.com<br><br>*Attorney for Defendant Musixmatch S.p.A.*<br><br>Josh A. Cohen (SBN: 217853)<br>**DEBEVOISE & PLIMPTON LLP**<br>650 California Street<br>San Francisco, CA 94108<br>(415) 738-5704<br><br>jacohen@debevoise.com<br><br>*Attorney for Defendant TPG Global, LLC* |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| LYRICFIND, INC.,<br><br>      Plaintiff,<br><br>v.<br><br>MUSIXMATCH S.P.A. and<br>TPG Global, LLC,<br><br>      Defendants. | Case No. 25-cv-02265<br><br>**STIPULATION AND [~~PROPOSED~~]**<br>**ORDER REGARDING MOTION TO**<br>**DISMISS BRIEFING SCHEDULE**<br><br>Hon. Jacqueline Scott Corley |

Pursuant to Civil Local Rules 6-1(a), 6-2(a), and 7-4(b), plaintiff LyricFind, Inc. ("Plaintiff" or "LyricFind") and defendants Musixmatch S.p.A. ("Musixmatch") and TPG Global, LLC ("TPG") (collectively, "Defendants") stipulate as follows:

WHEREAS, Defendants waived service under Federal Rule of Civil Procedure 4(d), with Defendants reserving all objections and arguments for dismissal, and received the complaint in the above-captioned matter on March 7, 2025, pursuant to which TPG's deadline to answer or otherwise respond to the complaint would be May 6, 2025, and Musixmatch's deadline to answer or otherwise respond to the complaint would be June 5, 2025;

WHEREAS, Musixmatch anticipates filing a motion to dismiss pursuant to Federal Rules of Civil Procedure 12(b)(2) and 12(b)(6), and TPG anticipates filing a motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6);

WHEREAS, Plaintiff agrees that Musixmatch does not waive or forfeit its challenge to personal jurisdiction by filing a combined motion to dismiss under Federal Rules of Civil Procedure 12(b)(2) and 12(b)(6);

WHEREAS, TPG has requested, and Plaintiff has agreed, to a 30-day extension of time for TPG to respond to the complaint, and accordingly, the parties have further agreed to the stipulated briefing schedule and page limits set forth herein;

WHEREAS, this is the parties' first request for any time modifications in this case;

WHEREAS, the parties' stipulated briefing schedule will not alter the date of any event or deadline already fixed by Court order;

NOW, THEREFORE, pursuant to Local Rules 6-1(a), 6-2(a), and 7-4(b), by and through their respective counsel of record and subject to the Court's approval, the parties hereby stipulate and agree as follows:

1. Each Defendant shall answer, move to dismiss, or otherwise respond to the complaint on or before June 5, 2025.
2. Plaintiff shall file its opposition(s) to any motion(s) to dismiss filed by TPG and/or Musixmatch no later than 35 days after TPG and/or Musixmatch files any motion(s) to dismiss.

3. Each Defendant shall file any reply in support of its respective motion to dismiss no later than twenty days after Plaintiff files its opposition thereto.

4. Musixmatch's anticipated combined Rule 12(b)(2) and Rule 12(b)(6) motion to dismiss, and LyricFind's opposition thereto, are each limited to 40 pages, with any reply by Musixmatch limited to 20 pages. Page limits for briefing any Rule 12(b) motion by TPG remain in accordance with the Federal and Local Rules.

**IT IS SO STIPULATED.**

Dated: April 21, 2025                                   Respectfully submitted,

/s/ Kellie Lerner                                            /s/ Rocky Tsai
Kellie Lerner (*pro hac vice*)                        Rocky Tsai (SBN: 221452)
Ben Steinberg (*pro hac vice*)                     **ROPES & GRAY LLP**
Lily Fagin (*pro hac vice*)                             Three Embarcadero Center
**SHINDER CANTOR LERNER LLP**         San Francisco, CA 94111
14 Penn Plaza, Suite 1900                            (415) 315-6358
New York, NY 10122                                    rocky.tsai@ropesgray.com
(646) 960-8601
kellie@scl-llp.com                                         *Attorney for Defendant Musixmatch S.p.A.*
benjamin@scl-llp.com
lfagin@scl-llp.com                                       /s/ Josh Cohen
                                                                   Josh A. Cohen (SBN: 217853)
Brian D. Caplan                                          **DEBEVOISE & PLIMPTON LLP**
Julie Wlodinguer (*pro hac vice*)                 650 California Street
**REITLER KAILAS & ROSENBLATT LLP**   San Francisco, CA 94108
                                                                   (415) 738-5704
885 Third Avenue, 20th Floor                     jacohen@debevoise.com
New York, NY 10022
(212) 209-3050                                           *Attorney for Defendant TPG Global, LLC*
bcaplan@reitlerlaw.com
jwlodinguer@reitlerlaw.com

David C. Brownstein (SBN: 141929)
Farmer Brownstein Jaeger
**GOLDSTEIN KLEIN & SIEGEL LLP**
155 Montgomery Street, Suite 301
(415) 962-2873
dbrownstein@fbjgk.com

*Attorneys for Plaintiff LyricFind, Inc.*

**[PROPOSED] ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Dated: April 22, 2025

_____
HON. JACQUELINE SCOTT CORLEY
UNITED STATES DISTRICT JUDGE