Erica S. Weisgerber (admitted *pro hac vice*)
Debevoise & Plimpton LLP
66 Hudson Boulevard
New York, New York 10001
Telephone: (212) 909-6000
eweisgerber@debevoise.com

Attorneys for Defendant TPG Global, LLC

*Additional Counsel Listed on Signature Page*

Matthew L. McGinnis (admitted *pro hac vice*)
ROPES & GRAY LLP
Prudential Tower
800 Boylston Street
Boston, MA 02199
Telephone: (617) 951-7000
matthew.mcginnis@ropesgray.com

Attorneys for Defendant Musixmatch S.p.A

*Additional Counsel Listed on Signature Page*

Kellie Lerner (admitted *pro hac vice*)
Ben Steinberg (admitted *pro hac vice*)
Lily Fagin (admitted *pro hac vice*)
SHINDER CANTOR LERNER LLP
14 Penn Plaza, Suite 1900
New York, NY 10122
(646) 960-8601
kellie@scl-llp.com
benjamin@scl-llp.com
lfagin@scl-llp.com

Brian Caplan
Julie Wlodinguer (admitted *pro hac vice*)
REITLER KAILAS & ROSENBLATT LLP
885 Third Avenue, 20th Floor
New York, NY 10022
(212) 209-3050
bcaplan@reitlerlaw.com
jwlodinguer@reitlerlaw.com

Attorneys for Plaintiff LyricFind, Inc.

*Additional Counsel Listed on Signature Page*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| LYRICFIND, INC., <br><br> Plaintiff, <br><br> v. <br><br> MUSIXMATCH S.P.A. and TPG GLOBAL, LLC, <br><br> Defendants. | Case No.: 3:25-cv-02265-JSC <br><br> **JOINT STIPULATION REGARDING DEADLINE FOR DEFENDANTS TO ANSWER THE COMPLAINT** <br><br> Judge: Hon. Jacqueline S. Corley <br> Ctrm: 8, 19th Floor |

**IT IS HEREBY STIPULATED, CONSENTED AND AGREED TO**, by and between the attorneys or representatives for Plaintiff LyricFind, Inc. and Defendants TPG Global, LLC ("TPG"), and Musixmatch S.p.A. ("Musixmatch") ("Defendants" and, together with LyricFind, the "Parties"), that by September 17, 2025, Plaintiff will inform Defendants whether Plaintiff plans to file an amended complaint. If Plaintiff elects not to submit an amended complaint, the Parties agree that the deadline for Defendants to file their respective Answers to the Complaint (ECF No. 1) is extended until October 1, 2025. If Plaintiff decides to file an amended complaint, the Parties agree that Defendants need not respond to Plaintiff's original Complaint. This extension shall not apply to any other responsive pleadings or motions aside from an Answer to the original Complaint. In so stipulating, Defendants TPG and Musixmatch expressly reserve, and do not waive, any and all defenses, including those enumerated in Fed. R. Civ. P. 12(b), and the parties agree that this stipulation shall not be deemed to have waived any such defenses. Furthermore, Defendants expressly reserve the right to request additional extensions of time to respond to either the original Complaint or an amended complaint if circumstances warrant.

By the signature below, counsel for Defendant TPG attests that all parties listed below concur in the filing of this document.

Dated: September 12, 2025               Respectfully Submitted,

/s/ Erica S. Weisgerber
Erica S. Weisgerber (admitted *pro hac vice*)
Michael Schaper (admitted *pro hac vice*)
Adam C. Saunders (admitted *pro hac vice*)
DEBEVOISE & PLIMPTON LLP
66 Hudson Boulevard
New York, New York 10001
Telephone: (212) 909-6000
mschaper@debevoise.com
eweisgerber@debevoise.com
asaunders@debevoise.com

Josh A. Cohen (Cal. Bar No. 217853)
DEBEVOISE & PLIMPTON LLP
650 California Street

San Francisco, California 94108
Telephone: (415) 738-5700
jacohen@debevoise.com

Edward D. Hassi (admitted *pro hac vice*)
DEBEVOISE & PLIMPTON LLP
801 Pennsylvania Avenue, NW
Washington, D.C. 20004
Telephone: (202) 383-8000
thassi@debevoise.com

*Attorneys for Defendant TPG Global, LLC*

Matthew L. McGinnis (admitted *pro hac vice*)
ROPES & GRAY LLP
Prudential Tower
800 Boylston Street
Boston, MA 02199
Telephone: (617) 951-7000
F: (617) 951-7050
matthew.mcginnis@ropesgray.com

Rocky C. Tsai (Cal. Bar No. 221452)
ROPES & GRAY LLP
Three Embarcadero Center
San Francisco, CA 94111
Telephone: (415) 315-6300
F: (415) 315-6350
rocky.tsai@ropesgray.com

David A. Young (admitted *pro hac vice*)
Adam R. Safadi (admitted *pro hac vice*)
ROPES & GRAY LLP
2099 Pennsylvania Avenue NW
Washington, DC 20006
Telephone: (202) 508-4600
F: (202) 508-4650
david.young@ropesgray.com
adam.safadi@ropesgray.com

*Attorneys for Defendant Musixmatch S.p.A.*

Kellie Lerner (admitted *pro hac vice*)
Ben Steinberg (admitted *pro hac vice*)
Lily Fagin (admitted *pro hac vice*)
SHINDER CANTOR LERNER LLP
14 Penn Plaza, Suite 1900

New York, NY 10122
(646) 960-8601
kellie@scl-llp.com
benjamin@scl-llp.com
lfagin@scl-llp.com

Brian D. Caplan
Julie Wlodinguer (admitted *pro hac vice*)
REITLER KAILAS & ROSENBLATT LLP
885 Third Avenue, 20th Floor
New York, NY 10022
Telephone: (212) 209-3050
bcaplan@reitlerlaw.com
jwlodinguer@reitlerlaw.com

David C. Brownstein (SBN: 141929)
FARMER BROWNSTEIN JAEGER
GOLSTEIN KLEIN & SIEGEL LLP
155 Montgomery Street, Suite 301
San Francisco, CA 94104
Telephone: (415) 962-2873
dbrownstein@fbjgk.com

*Attorneys for Plaintiff LyricFind, Inc.*

**PURSUANT TO STIPULATION, IT IS SO ORDERED**.

Dated:  September ___, 2025

_____

Honorable Jacqueline S. Corley

United States District Judge