Kellie Lerner (*pro hac vice*)
Ben Steinberg (*pro hac vice*)
Lily Fagin (*pro hac vice*)
**SHINDER CANTOR LERNER LLP**
14 Penn Plaza, Suite 1900
New York, NY 10122
(646) 960-8601
kellie@scl-llp.com
benjamin@scl-llp.com
lfagin@scl-llp.com

Brian D. Caplan
Julie Wlodinguer (*pro hac vice*)
**REITLER KAILAS & ROSENBLATT
LLP**
885 Third Avenue, 20th Floor
New York, NY 10022
(212) 209-3050
bcaplan@reitlerlaw.com
jwlodinguer@reitlerlaw.com

David C. Brownstein (SBN: 141929)
**FARMER BROWNSTEIN JAEGER
GOLDSTEIN KLEIN & SIEGEL LLP**
155 Montgomery Street, Suite 301
San Francisco, CA 94104
(415) 962-2873
dbrownstein@fbjgk.com

*Attorneys for Plaintiff LyricFind, Inc.*

Matthew L. McGinnis (*pro hac vice*)
**ROPES & GRAY LLP**
800 Boylston Street
Boston, MA 02199
(617) 951-7567
matthew.mcginnis@ropesgray.com

*Attorneys for Defendant Musixmatch S.p.A.*
*Additional Counsel Listed on Signature Page*

Josh A. Cohen (SBN: 217853)
**DEBEVOISE & PLIMPTON LLP**
650 California Street
San Francisco, CA 94108
(415) 738-5704
jacohen@debevoise.com

Michael Schaper (*pro hac vice*)
Erica Weisgerber (*pro hac vice*)
Adam Saunders (*pro hac vice*)
**DEBEVOISE & PLIMPTON LLP**
66 Hudson Boulevard
New York, NY 10001
(212) 909-6000
mschaper@debevoise.com
eweisgerber@debevoise.com
asaunders@debevoise.com

*Attorneys for Defendant TPG Global, LLC*
*Additional Counsel Listed on Signature Page*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| LYRICFIND, INC.,<br><br>                Plaintiff,<br><br>   v.<br><br>MUSIXMATCH S.P.A. and<br>TPG GLOBAL, LLC,<br><br>                Defendants. | Case No. 3:25-cv-02265-JSC<br><br>**STIPULATION AND [PROPOSED]<br>ORDER REGARDING<br>LIMITATIONS ON DEPOSITIONS**<br><br>Hon. Jacqueline Scott Corley |

1    Pursuant to Civil Local Rule 7-12, Plaintiff LyricFind, Inc. ("LyricFind") and Defendants

2    Musixmatch, S.p.A. ("Musixmatch") and TPG Global, LLC ("TPG") (together, "Defendants")

3    (collectively with LyricFind, the "Parties"), through their respective counsel of record, hereby

4    stipulate regarding the amount of deposition testimony that the Parties may take of fact witnesses in

5    this litigation without further leave of Court.

6        WHEREAS, on October 15, 2025, the Parties submitted a Joint Case Management Statement,

7    ECF No. 82, which included the Parties' respective proposals for the amount of fact deposition time

8    that the Parties may take in this action without further leave of Court.

9        WHEREAS, during the Case Management Conference on October 22, 2025, the Court noted

10   that since the Parties did not reach complete agreement on deposition limitations, the default rules

11   would apply absent a further agreement between the parties. Oct. 22, 2025 Hr'g Tr. at 4:24-5:8;

12       WHEREAS on October 23, 2025 the Court issued Pretrial Order No. 1: Schedule, ECF No.

13   89, which did not set deposition limitations separate from the default rules under the Federal Rules of

14   Civil Procedure;

15       WHEREAS, the Parties believe that additional fact deposition time should be permitted in this

16   action given its scope and complexity and have agreed to stipulate to new deposition limitations;

17       NOW, THEREFORE, pursuant to Local Rules 7-12, by and through their respective counsel

18   of record and subject to the Court's approval, the Parties hereby stipulate and agree as follows:

19   1. LyricFind may take 100 hours of fact deposition time of Defendants, inclusive of Fed. R.

20       Civ. P. 30(b)(6) depositions, subject to a seven-hour limit per deposition.

21   2. Defendants may take 100 hours of fact deposition time of LyricFind, inclusive of Fed. R.

22       Civ. P. 30(b)(6) depositions, subject to a seven-hour limit per deposition.

23   3. There shall be no limitation on the number of fact depositions that the Parties may take of

24       nonparty witnesses.

25   4. Except as expressly provided herein, the Parties reserve all rights under the Federal Rules

26       of Civil Procedures to object to the scope, timing, or propriety of any deposition.

27   5. The Parties reserve the right to seek leave of Court to take additional fact depositions

28       beyond the limitations set forth above.

1    **IT IS SO STIPULATED.**

2

3

4    Dated: December 11, 2025                              Respectfully submitted,

5    /s/ Ben Steinberg                                      /s/ Rocky Tsai
     Kellie Lerner (*pro hac vice*)                         Rocky Tsai (SBN: 221452)
6    Ben Steinberg (*pro hac vice*)                         **ROPES & GRAY LLP**
     Lily Fagin (*pro hac vice*)                            Three Embarcadero Center
7    **SHINDER CANTOR LERNER LLP**                          San Francisco, CA 94111
     14 Penn Plaza, Suite 1900                              (415) 315-6358
8    New York, NY 10122                                     rocky.tsai@ropesgray.com
     (646) 960-8601
9    kellie@scl-llp.com                                     Matthew L. McGinnis (*pro hac vice*)
     benjamin@scl-llp.com                                   **ROPES & GRAY LLP**
10   lfagin@scl-llp.com                                     800 Boylston Street
                                                            Boston, MA 02199
11   Keagan Potts (*pro hac vice*)                          (617) 951-7567
     **SHINDER CANTOR LERNER LLP**                          matthew.mcginnis@ropesgray.com
12   600 14th Street NW, 5th Floor
     Washington, DC 20005                                   David A. Young (*pro hac vice*)
13   (646) 960-8627                                         Adam R. Safadi (*pro hac vice*)
     kpotts@scl-llp.com                                     **ROPES & GRAY LLP**
14                                                          2099 Pennsylvania Avenue NW
     Brian D. Caplan                                        Washington, DC 20006
15   Julie Wlodinguer (*pro hac vice*)                      (202) 508-4702
     **REITLER KAILAS & ROSENBLATT LLP**                    (202) 508-4717
16   885 Third Avenue, 20th Floor                           david.young@ropesgray.com
     New York, NY 10022                                     adam.safadi@ropesgray.com
17   (212) 209-3050
     bcaplan@reitlerlaw.com                                 *Attorneys for Defendant Musixmatch S.p.A.*
18   jwlodinguer@reitlerlaw.com
                                                            /s/ Josh A. Cohen
19   David C. Brownstein (SBN: 141929)                      Josh A. Cohen (SBN: 217853)
     **FARMER BROWNSTEIN JAEGER**                           **DEBEVOISE & PLIMPTON LLP**
20   **GOLDSTEIN KLEIN & SIEGEL LLP**                       650 California Street
     155 Montgomery Street, Suite 301                       San Francisco, CA 94108
21   (415) 962-2873                                         (415) 738-5704
     dbrownstein@fbjgk.com                                  jacohen@debevoise.com
22
     *Attorneys for Plaintiff LyricFind, Inc.*              Michael Schaper (*pro hac vice*)
23                                                          Erica S. Weisgerber (*pro hac vice*)
                                                            Adam Saunders (*pro hac vice*)
24                                                          **DEBEVOISE & PLIMPTON LLP**
                                                            66 Hudson Boulevard
25                                                          New York, NY 10001
                                                            (212) 909-6000
26                                                          mschaper@debevoise.com
                                                            eweisgerber@debevoise.com
27                                                          asaunders@debevoise.com

28                                                          Edward D. Hassi (*pro hac vice*)

**DEBEVOISE & PLIMPTON LLP**
801 Pennsylvania Avenue, NW
Washington, DC 20004
(202) 383-8000
thassi@debevoise.com

*Attorneys for Defendant TPG Global, LLC*

1

# [PROPOSED] ORDER

2  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

3

4  DATED: _____    _____
                                     The Honorable Jacqueline Scott Corley
5                                    United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28