Kellie Lerner (*pro hac vice*)
Ben Steinberg (*pro hac vice*)
Lily Fagin (*pro hac vice*)
**SHINDER CANTOR LERNER LLP**
14 Penn Plaza, Suite 1900
New York, NY 10122
(646) 960-8601
kellie@scl-llp.com
benjamin@scl-llp.com
lfagin@scl-llp.com

Brian D. Caplan
Julie Wlodinguer (*pro hac vice*)
**REITLER KAILAS & ROSENBLATT LLP**
885 Third Avenue, 20th Floor
New York, NY 10022
(212) 209-3050
bcaplan@reitlerlaw.com
jwlodinguer@reitlerlaw.com

David C. Brownstein (SBN: 141929)
**FARMER BROWNSTEIN JAEGER GOLDSTEIN KLEIN & SIEGEL LLP**
155 Montgomery Street, Suite 301
San Francisco, CA 94104
(415) 962-2873
dbrownstein@fbjgk.com

*Attorneys for Plaintiff LyricFind, Inc.*

Matthew L. McGinnis (*pro hac vice*)
**ROPES & GRAY LLP**
800 Boylston Street
Boston, MA 02199
(617) 951-7567
matthew.mcginnis@ropesgray.com

*Attorneys for Defendant Musixmatch S.p.A.*
*Additional Counsel Listed on Signature Page*

Josh A. Cohen (SBN: 217853)
**DEBEVOISE & PLIMPTON LLP**
650 California Street
San Francisco, CA 94108
(415) 738-5704
jacohen@debevoise.com

Michael Schaper (*pro hac vice*)
Erica Weisgerber (*pro hac vice*)
Adam Saunders (*pro hac vice*)
**DEBEVOISE & PLIMPTON LLP**
66 Hudson Boulevard
New York, NY 10001
(212) 909-6000
mschaper@debevoise.com
eweisgerber@debevoise.com
asaunders@debevoise.com

*Attorneys for Defendant TPG Global, LLC*
*Additional Counsel Listed on Signature Page*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| LYRICFIND, INC.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MUSIXMATCH S.P.A. and<br>TPG GLOBAL, LLC,<br><br>　　　　　Defendants. | Case No. 3:25-cv-02265-JSC<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER REGARDING LIMITATIONS ON DEPOSITIONS**<br><br>Hon. Jacqueline Scott Corley |

Pursuant to Civil Local Rule 7-12, Plaintiff LyricFind, Inc. ("LyricFind") and Defendants Musixmatch, S.p.A. ("Musixmatch") and TPG Global, LLC ("TPG") (together, "Defendants") (collectively with LyricFind, the "Parties"), through their respective counsel of record, hereby stipulate regarding the amount of deposition testimony that the Parties may take of fact witnesses in this litigation without further leave of Court.

WHEREAS, on October 15, 2025, the Parties submitted a Joint Case Management Statement, ECF No. 82, which included the Parties' respective proposals for the amount of fact deposition time that the Parties may take in this action without further leave of Court.

WHEREAS, during the Case Management Conference on October 22, 2025, the Court noted that since the Parties did not reach complete agreement on deposition limitations, the default rules would apply absent a further agreement between the parties. Oct. 22, 2025 Hr'g Tr. at 4:24-5:8;

WHEREAS on October 23, 2025 the Court issued Pretrial Order No. 1: Schedule, ECF No. 89, which did not set deposition limitations separate from the default rules under the Federal Rules of Civil Procedure;

WHEREAS, the Parties believe that additional fact deposition time should be permitted in this action given its scope and complexity and have agreed to stipulate to new deposition limitations;

NOW, THEREFORE, pursuant to Local Rules 7-12, by and through their respective counsel of record and subject to the Court's approval, the Parties hereby stipulate and agree as follows:

1. LyricFind may take 100 hours of fact deposition time of Defendants, inclusive of Fed. R. Civ. P. 30(b)(6) depositions, subject to a seven-hour limit per deposition.
2. Defendants may take 100 hours of fact deposition time of LyricFind, inclusive of Fed. R. Civ. P. 30(b)(6) depositions, subject to a seven-hour limit per deposition.
3. There shall be no limitation on the number of fact depositions that the Parties may take of nonparty witnesses.
4. Except as expressly provided herein, the Parties reserve all rights under the Federal Rules of Civil Procedures to object to the scope, timing, or propriety of any deposition.
5. The Parties reserve the right to seek leave of Court to take additional fact depositions beyond the limitations set forth above.

**IT IS SO STIPULATED.**

Dated: December 11, 2025

/s/ Ben Steinberg
Kellie Lerner (*pro hac vice*)
Ben Steinberg (*pro hac vice*)
Lily Fagin (*pro hac vice*)
**SHINDER CANTOR LERNER LLP**
14 Penn Plaza, Suite 1900
New York, NY 10122
(646) 960-8601
kellie@scl-llp.com
benjamin@scl-llp.com
lfagin@scl-llp.com

Keagan Potts (*pro hac vice*)
**SHINDER CANTOR LERNER LLP**
600 14th Street NW, 5th Floor
Washington, DC 20005
(646) 960-8627
kpotts@scl-llp.com

Brian D. Caplan
Julie Wlodinguer (*pro hac vice*)
**REITLER KAILAS & ROSENBLATT LLP**
885 Third Avenue, 20th Floor
New York, NY 10022
(212) 209-3050
bcaplan@reitlerlaw.com
jwlodinguer@reitlerlaw.com

David C. Brownstein (SBN: 141929)
**FARMER BROWNSTEIN JAEGER GOLDSTEIN KLEIN & SIEGEL LLP**
155 Montgomery Street, Suite 301
(415) 962-2873
dbrownstein@fbjgk.com

*Attorneys for Plaintiff LyricFind, Inc.*

Respectfully submitted,

/s/ Rocky Tsai
Rocky Tsai (SBN: 221452)
**ROPES & GRAY LLP**
Three Embarcadero Center
San Francisco, CA 94111
(415) 315-6358
rocky.tsai@ropesgray.com

Matthew L. McGinnis (*pro hac vice*)
**ROPES & GRAY LLP**
800 Boylston Street
Boston, MA 02199
(617) 951-7567
matthew.mcginnis@ropesgray.com

David A. Young (*pro hac vice*)
Adam R. Safadi (*pro hac vice*)
**ROPES & GRAY LLP**
2099 Pennsylvania Avenue NW
Washington, DC 20006
(202) 508-4702
(202) 508-4717
david.young@ropesgray.com
adam.safadi@ropesgray.com

*Attorneys for Defendant Musixmatch S.p.A.*

/s/ Josh A. Cohen
Josh A. Cohen (SBN: 217853)
**DEBEVOISE & PLIMPTON LLP**
650 California Street
San Francisco, CA 94108
(415) 738-5704
jacohen@debevoise.com

Michael Schaper (*pro hac vice*)
Erica S. Weisgerber (*pro hac vice*)
Adam Saunders (*pro hac vice*)
**DEBEVOISE & PLIMPTON LLP**
66 Hudson Boulevard
New York, NY 10001
(212) 909-6000
mschaper@debevoise.com
eweisgerber@debevoise.com
asaunders@debevoise.com

Edward D. Hassi (*pro hac vice*)

**DEBEVOISE & PLIMPTON LLP**
801 Pennsylvania Avenue, NW
Washington, DC 20004
(202) 383-8000
thassi@debevoise.com

*Attorneys for Defendant TPG Global, LLC*

**[~~PROPOSED~~] ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: December 11, 2025

_____
The Honorable Jacqueline Scott Corley
United States District Judge