UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LYRICFIND, INC.,

          Plaintiff,

    v.

MUSIXMATCH, S.P.A., et al.,

          Defendants.

Case No.  25-cv-02265-JSC

**ORDER FOLLOWING FEBRUARY 4, 2026 CMC**

As discussed at the February 4, 2026 further CMC:

1.  The deadline for a discovery dispute joint letter regarding the TPG custodian issue is February 26, 2026.

2.  The parties are referred to a randomly-assigned magistrate judge for a settlement conference to occur when and if the magistrate judge and parties believe appropriate.

3.  The Court will hold a further case management conference on May 6, 2026 at 2:00 p.m.  An updated joint case management conference statement is due one week in advance.

**IT IS SO ORDERED.**

Dated: February 4, 2026

_____
JACQUELINE SCOTT CORLEY
United States District Judge