Kellie Lerner (*pro hac vice*)
Ben Steinberg (*pro hac vice*)
Lily Fagin (*pro hac vice*)
**SHINDER CANTOR LERNER LLP**
14 Penn Plaza, Suite 1900
New York, NY 10122
(646) 960-8601
kellie@scl-llp.com
benjamin@scl-llp.com
lfagin@scl-llp.com

Brian D. Caplan
Julie Wlodinguer (*pro hac vice*)
**REITLER KAILAS & ROSENBLATT LLP**
885 Third Avenue, 20th Floor
New York, NY 10022
(212) 209-3050
bcaplan@reitlerlaw.com
jwlodinguer@reitlerlaw.com

*Attorneys for Plaintiff LyricFind, Inc.*
*Additional Counsel Listed on Signature Page*

Matthew L. McGinnis (*pro hac vice*)
**ROPES & GRAY LLP**
800 Boylston Street
Boston, MA 02199
(617) 951-7567
matthew.mcginnis@ropesgray.com

*Attorney for Defendant Musixmatch S.p.A.*
*Additional Counsel Listed on Signature Page*

Erica S. Weisgerber
**DEBEVOISE & PLIMPTON LLP**
66 Hudson Boulevard
New York, New York 10001
(212) 909-6000
eweisgerber@debevoise.com

*Attorney for Defendant TPG Global, LLC*
*Additional Counsel Listed on Signature Page*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| LYRICFIND, INC., <br><br> Plaintiff, <br><br> v. <br><br> MUSIXMATCH S.P.A. and TPG GLOBAL, LLC, <br><br> Defendants. | Case No. 3:25-cv-02265-JSC <br><br> **STIPULATION AND [PROPOSED] ORDER RE: EXTENSION OF CERTAIN CASE SCHEDULING DEADLINES** <br><br> Hon. Jacqueline Scott Corley |

STIPULATION AND [PROPOSED] ORDER                    CASE NO. 3:25-CV-02265-JSC

Plaintiff LyricFind, Inc. ("Plaintiff" or "LyricFind") and Defendants Musixmatch S.p.A. ("Musixmatch") and TPG Global, LLC ("TPG") (collectively "Defendants" and together with LyricFind, the "Parties") stipulate as follows:

**WHEREAS**, on October 23, 2025, the Court entered Pretrial Order No. 1 [ECF 89] setting the case schedule and establishing, among other deadlines, an April 3, 2026 deadline for the substantial completion of party document productions;

**WHEREAS**, since that time, the Parties have engaged in written discovery and participated in meet and confers to reach agreement regarding the appropriate scope of document discovery;

**WHEREAS**, in March 2026, Defendants requested that LyricFind stipulate to extend the April 3, 2026 substantial production deadline by approximately one month to provide additional time for Defendants to collect and review responsive documents;

**WHEREAS**, LyricFind prefers to remain on the existing discovery schedule but, in the interest of cooperation, is willing to accommodate Defendants' request for a short extension of the April 3, 2026 deadline so long as Defendants produce by April 3, 2026 all non-privileged documents that they have already reviewed and deemed responsive;

**WHEREAS**, the Parties therefore have agreed to exchange initial productions on April 3, 2026 of all documents identified as responsive and not privileged that have been reviewed up until the beginning of the week of March 30, 2026;

**WHEREAS**, the Parties agree that a one-month extension of the April 3 deadline to substantially complete document productions warrants corresponding extensions to the deadlines for LyricFind to move to amend its pleadings and certain subsequent discovery deadlines.

**NOW, THEREFORE**, the Parties hereby stipulate and agree as follows:

1. As set forth in the schedule contained in the Proposed Order below, the Parties stipulate and agree to extend the deadline for the substantial completion of party document productions to May 1, 2026; the deadline for LyricFind to move to amend its pleadings to May 8, 2026; the Fact Discovery Cut-Off to October 2, 2026; the deadline for Expert Witness Disclosures to October 16, 2026; the deadline for Rebuttal Expert Witness Disclosures to November 13, 2026; and the Expert Discovery Cutoff to December 18, 2026.

STIPULATION AND [PROPOSED] ORDER                                    CASE NO. 3:25-CV-02265-JSC

2.  By April 3, 2026, the Parties will produce all non-privileged documents that they have reviewed and deemed responsive by March 31, 2026, unless the Parties have not finished reviewing a given document for privilege or personally identifiable information or, in TPG's case, unrelated portfolio company information (collectively, "Ongoing QC Review"). The Parties agree they will not withhold any documents due by April 3, 2026 for any purposes other than a legitimate, good-faith need for Ongoing QC Review.

Dated: April 2, 2026                                   Respectfully submitted,

/s/ Kellie Lerner
Kellie Lerner (*pro hac vice*)
Ben Steinberg (*pro hac vice*)
Lily Fagin (*pro hac vice*)
**SHINDER CANTOR LERNER LLP**
14 Penn Plaza, Suite 1900
New York, NY 10122
(646) 960-8601
kellie@scl-llp.com
benjamin@scl-llp.com
lfagin@scl-llp.com

Brian D. Caplan
Julie Wlodinguer (*pro hac vice*)
**REITLER KAILAS & ROSENBLATT LLP**
885 Third Avenue, 20th Floor
New York, NY 10022
(212) 209-3050
bcaplan@reitlerlaw.com
jwlodinguer@reitlerlaw.com

David C. Brownstein (SBN: 141929)
**FARMER BROWNSTEIN JAEGER GOLDSTEIN KLEIN & SIEGEL LLP**
155 Montgomery Street, Suite 301
(415) 962-2873
dbrownstein@fbjgk.com

*Attorneys for Plaintiff LyricFind, Inc.*

/s/ Matthew L. McGinnis
Matthew L. McGinnis (*pro hac vice*)
**ROPES & GRAY LLP**
800 Boylston Street
Boston, MA 02199
(617) 951-7567
matthew.mcginnis@ropesgray.com

Rocky C. Tsai (SBN: 221452)
**ROPES & GRAY LLP**
Three Embarcadero Center
San Francisco, CA 94111
(415) 315-6358
rocky.tsai@ropesgray.com

David A. Young (*pro hac vice*)
Adam R. Safadi (*pro hac vice*)
**ROPES & GRAY LLP**
2099 Pennsylvania Avenue NW
Washington, DC 20006
(202) 508-4702
(202) 508-4717
david.young@ropesgray.com
adam.safadi@ropesgray.com

*Attorneys for Defendant Musixmatch S.p.A.*

/s/ Erica S. Weisgerber
Erica S. Weisgerber (*pro hac vice*)
Michael Schaper (*pro hac vice*)
Adam Saunders (*pro hac vice*)
**DEBEVOISE & PLIMPTON LLP**
66 Hudson Boulevard
New York, NY 10001
(212) 909-6000
eweisgerber@debevoise.com
mschaper@debevoise.com
asaunders@debevoise.com

3

Edward D. Hassi (*pro hac vice*)
**DEBEVOISE & PLIMPTON LLP**
801 Pennsylvania Avenue, NW
Washington, DC 20004
(202) 383-8000
thassi@debevoise.com

Josh A. Cohen (SBN: 217853)
**DEBEVOISE & PLIMPTON LLP**
650 California Street
San Francisco, CA 94108
(415) 738-5704
jacohen@debevoise.com


*Attorneys for Defendant TPG Global, LLC*

4

## [PROPOSED] ORDER

PURSUANT TO STIPULATION AND GOOD CAUSE APPEARING, IT IS ORDERED that the case schedule be modified as follows.

| Case Management Deadline | Pretrial Order No. 1 | Proposed Deadline |
|---|---|---|
| Substantial Production of All Non-Privileged Documents Presently Deemed Responsive, per the terms of the Parties' Stipulation | N/A | April 3, 2026 |
| Substantial Completion of Document Production | April 3, 2026 | May 1, 2026 |
| Deadline to Move to Amend Pleadings | April 10, 2026 | May 8, 2026 |
| Fact Discovery Cut-Off | September 4, 2026 | October 2, 2026 |
| Expert Witness Disclosures | September 18, 2026 | October 16, 2026 |
| Rebuttal Expert Witness Disclosures | October 16, 2026 | November 13, 2026 |
| Expert Discovery Cutoff | November 20, 2026 | December 18, 2026 |
| Daubert/Dispositive Motions | January 14, 2027 | No Change |
| Daubert/Dispositive Oppositions | February 18, 2027 | No Change |
| Daubert/Dispositive Replies | March 18, 2027 | No Change |
| Deadline for Hearing Dispositive Motions | April 15, 2027 | No Change |
| Final Pretrial Conference | June 17, 2027 | No Change |
| Beginning Trial Date | July 13, 2027 | No Change |

IT IS SO ORDERED

DATE: _____

_____
HONORABLE JACQUELINE SCOTT CORLEY
UNITED STATES DISTRICT COURT JUDGE

STIPULATION AND [PROPOSED] ORDER                    CASE NO. 3:25-CV-02265-JSC

## ATTESTATION

I, Matthew L. McGinnis, am the ECF user whose ID and password are being used to file this document.  In compliance with Civil L.R. 5-1(i)(3), I hereby attest that all counsel have concurred in this filing.

Dated: April 2, 2026

Respectfully submitted,

/s/ Matthew L. McGinnis
Matthew L. McGinnis (*pro hac vice*)
**ROPES & GRAY LLP**
800 Boylston Street
Boston, MA 02199
(617) 951-7567
matthew.mcginnis@ropesgray.com

*Attorney for Defendant Musixmatch S.p.A.*

STIPULATION AND [PROPOSED] ORDER                    CASE NO. 3:25-CV-02265-JSC