Kellie Lerner (*pro hac vice*)
Ben Steinberg (*pro hac vice*)
Lily Fagin (*pro hac vice*)
**SHINDER CANTOR LERNER LLP**
14 Penn Plaza, Suite 1900
New York, NY 10122
(646) 960-8601
kellie@scl-llp.com
benjamin@scl-llp.com
lfagin@scl-llp.com

Brian D. Caplan
Julie Wlodinguer (*pro hac vice*)
**REITLER KAILAS & ROSENBLATT LLP**
885 Third Avenue, 20th Floor
New York, NY 10022
(212) 209-3050
bcaplan@reitlerlaw.com
jwlodinguer@reitlerlaw.com

*Attorneys for Plaintiff LyricFind, Inc.*
*Additional Counsel Listed on Signature Page*

Matthew L. McGinnis (*pro hac vice*)
**ROPES & GRAY LLP**
800 Boylston Street
Boston, MA 02199
(617) 951-7567
matthew.mcginnis@ropesgray.com

*Attorney for Defendant Musixmatch S.p.A.*
*Additional Counsel Listed on Signature Page*

Erica S. Weisgerber
**DEBEVOISE & PLIMPTON LLP**
66 Hudson Boulevard
New York, New York 10001
(212) 909-6000
eweisgerber@debevoise.com

*Attorney for Defendant TPG Global, LLC*
*Additional Counsel Listed on Signature Page*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| LYRICFIND, INC.,<br><br>                    Plaintiff,<br>   v.<br><br>MUSIXMATCH S.P.A. and<br>TPG GLOBAL, LLC,<br><br>                    Defendants. | Case No. 3:25-cv-02265-JSC<br><br>**STIPULATION AND [PROPOSED] ORDER RE: EXTENSION OF DEADLINE TO AMEND PLEADINGS**<br><br>Hon. Jacqueline Scott Corley |

STIPULATION AND [PROPOSED] ORDER              CASE NO. 3:25-CV-02265-JSC

Plaintiff LyricFind, Inc. ("Plaintiff" or "LyricFind") and Defendants Musixmatch S.p.A. ("Musixmatch") and TPG Global, LLC ("TPG") (collectively "Defendants" and together with LyricFind, the "Parties") stipulate as follows:

**WHEREAS**, on October 23, 2025, the Court entered Pretrial Order No. 1 [ECF No. 89] setting the case schedule and establishing, among other deadlines, an April 10, 2026 deadline for the Parties to move to amend pleadings;

**WHEREAS**, on April 3, pursuant to the Parties' stipulation, the Court extended, *inter alia,* the deadline for the substantial completion of document productions to May 1, 2026 and the deadline to move to amend pleadings, to May 8, 2026 [ECF No. 122];

**WHEREAS**, on April 23, 2026, LyricFind requested that Defendants stipulate to extend the deadline to move amend pleadings by an additional two weeks, until May 22, 2026, to provide additional time to review the documents produced by May 1 as part of evaluating any amendment;

**WHEREAS**, Defendants do not oppose extending the deadline for the Parties to move amend pleadings by two weeks;

**NOW, THEREFORE**, the Parties hereby stipulate and agree as follows:

1.  As set forth in the schedule contained in the Proposed Order below, the Parties stipulate and agree to extend the deadline for the Parties to move to amend pleadings from May 8, 2026, to May 22, 2026.

Dated: April 30, 2026                                    Respectfully submitted,

*/s/ Kellie Lerner*                                     */s/ Matthew L. McGinnis*
Kellie Lerner (*pro hac vice*)                          Matthew L. McGinnis (*pro hac vice*)
Ben Steinberg (*pro hac vice*)                          **ROPES & GRAY LLP**
Lily Fagin (*pro hac vice*)                             800 Boylston Street
**SHINDER CANTOR LERNER LLP**                           Boston, MA 02199
14 Penn Plaza, Suite 1900                               (617) 951-7567
New York, NY 10122                                      matthew.mcginnis@ropesgray.com
(646) 960-8601
kellie@scl-llp.com                                      Rocky C. Tsai (SBN: 221452)
benjamin@scl-llp.com                                    **ROPES & GRAY LLP**
lfagin@scl-llp.com                                      Three Embarcadero Center
                                                        San Francisco, CA 94111
Brian D. Caplan                                         (415) 315-6358
Julie Wlodinguer (*pro hac vice*)                       rocky.tsai@ropesgray.com
**REITLER KAILAS & ROSENBLATT LLP**

STIPULATION AND [PROPOSED] ORDER                        CASE NO. 3:25-CV-02265-JSC

885 Third Avenue, 20th Floor
New York, NY 10022
(212) 209-3050
bcaplan@reitlerlaw.com
jwlodinguer@reitlerlaw.com

David C. Brownstein (SBN: 141929)
**FARMER BROWNSTEIN JAEGER
GOLDSTEIN KLEIN & SIEGEL LLP**
155 Montgomery Street, Suite 301
(415) 962-2873
dbrownstein@fbjgk.com

*Attorneys for Plaintiff LyricFind, Inc.*

David A. Young (*pro hac vice*)
Adam R. Safadi (*pro hac vice*)
**ROPES & GRAY LLP**
2099 Pennsylvania Avenue NW
Washington, DC 20006
(202) 508-4702
(202) 508-4717
david.young@ropesgray.com
adam.safadi@ropesgray.com

*Attorneys for Defendant Musixmatch S.p.A.*

*/s/ Erica S. Weisgerber*
Erica S. Weisgerber (*pro hac vice*)
Michael Schaper (*pro hac vice*)
Adam Saunders (*pro hac vice*)
**DEBEVOISE & PLIMPTON LLP**
66 Hudson Boulevard
New York, NY 10001
(212) 909-6000
eweisgerber@debevoise.com
mschaper@debevoise.com
asaunders@debevoise.com

Edward D. Hassi (*pro hac vice*)
**DEBEVOISE & PLIMPTON LLP**
801 Pennsylvania Avenue, NW
Washington, DC 20004
(202) 383-8000
thassi@debevoise.com

Josh A. Cohen (SBN: 217853)
**DEBEVOISE & PLIMPTON LLP**
650 California Street
San Francisco, CA 94108
(415) 738-5704
jacohen@debevoise.com

*Attorneys for Defendant TPG Global, LLC*

3

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION AND GOOD CAUSE APPEARING, IT IS ORDERED that the current May 8, 2026 deadline to move to amend pleadings shall be extended to May 22, 2026.

IT IS SO ORDERED

DATE: _____

_____
HONORABLE JACQUELINE SCOTT CORLEY
UNITED STATES DISTRICT COURT JUDGE

STIPULATION AND [PROPOSED] ORDER                    CASE NO. 3:25-CV-02265-JSC

**ATTESTATION**

I, David Brownstein, am the ECF User whose ID and password are being used to file this document. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that all counsel have concurred in this filing.

Dated: April 30, 2026                    Respectfully submitted,

*/s/ David C. Brownstein*
David C. Brownstein (SBN: 141929)
**FARMER BROWNSTEIN JAEGER
GOLDSTEIN KLEIN & SIEGEL LLP**
155 Montgomery Street, Suite 301
(415) 962-2873
dbrownstein@fbjgk.com
*Attorney for Plaintiff LyricFind, Inc.*
David C. Brownstein (SBN: 141929)

STIPULATION AND [PROPOSED] ORDER                    CASE NO. 3:25-CV-02265-JSC