**Debevoise & Plimpton**

**Debevoise & Plimpton LLP**
66 Hudson Boulevard
New York, NY 10001
+1 212 909 6000

June 5, 2026

VIA ELECTRONIC FILING

The Honorable Jacqueline S. Corley
United States District Judge
Phillip Burton Federal Building
450 Golden Gate Avenue
San Francisco, CA 94102

   *Re: LyricFind, Inc. v. Musixmatch S.p.A. et al.,* No. 3:25-cv-02265 (N.D. Cal.)

Dear Judge Corley:

Pursuant to Your Honor's May 6, 2026 order, the parties jointly write to inform the Court that since the May 6, 2026 status conference, lead counsel for Plaintiff LyricFind and for Defendants have met and conferred on four separate occasions regarding potential alternative dispute resolution. The parties are actively negotiating a framework for a potential mediation before a private mediator to be agreed upon by the parties. The parties are optimistic they will reach an agreed upon framework for private mediation, subject to certain conditions, in the near future and accordingly propose not to proceed with a further settlement conference before Magistrate Judge Tse at this time. The parties will provide a further update to the Court regarding their progress with respect to private mediation by June 30, 2026. The parties are available at the Court's convenience to discuss further.

Respectfully submitted,

*/s/ Kellie Lerner*
Kellie Lerner (*pro hac vice*)
Ben Steinberg (*pro hac vice*)
Lily Fagin (*pro hac vice*)
**SHINDER CANTOR LERNER LLP**
14 Penn Plaza, Suite 1900
New York, NY 10122
(646) 960-8601
kellie@scl-llp.com
benjamin@scl-llp.com
lfagin@scl-llp.com

Brian D. Caplan
Julie Wlodinguer (*pro hac vice*)
**REITLER KAILAS & ROSENBLATT
LLP**

*/s/ Matthew L. McGinnis*
Matthew L. McGinnis (*pro hac vice*)
**ROPES & GRAY LLP**
800 Boylston Street
Boston, MA 02199
(617) 951-7567
matthew.mcginnis@ropesgray.com

Rocky Tsai (SBN: 221452)
**ROPES & GRAY LLP**
Three Embarcadero Center
San Francisco, CA 94111
(415) 315-6358
rocky.tsai@ropesgray.com

David A. Young (*pro hac vice*)

885 Third Avenue, 20th Floor
New York, NY 10022
(212) 209-3050
bcaplan@reitlerlaw.com
jwlodinguer@reitlerlaw.com

David C. Brownstein (SBN: 141929)
**FARMER BROWNSTEIN JAEGER
GOLDSTEIN KLEIN & SIEGEL LLP**
155 Montgomery Street, Suite 301
(415) 962-2873
dbrownstein@fbjgk.com

*Attorneys for Plaintiff LyricFind, Inc.*

Adam R. Safadi (*pro hac vice*)
**ROPES & GRAY LLP**
2099 Pennsylvania Avenue NW
Washington, DC 20006
(202) 508-4702
(202) 508-4717
david.young@ropesgray.com
adam.safadi@ropesgray.com

*Attorneys for Defendant Musixmatch S.p.A.*

*/s/ Erica S. Weisgerber*
Erica S. Weisgerber (*pro hac vice*)
Michael Schaper (*pro hac vice*)
Adam Saunders (*pro hac vice*)
**DEBEVOISE & PLIMPTON LLP**
66 Hudson Boulevard
New York, NY 10001
(212) 909-6000
eweisgerber@debevoise.com
mschaper@debevoise.com
asaunders@debevoise.com

Josh A. Cohen (SBN: 217853)
**DEBEVOISE & PLIMPTON LLP**
650 California Street
San Francisco, CA 94108
(415) 738-5704
jacohen@debevoise.com

*Attorneys for Defendant TPG Global, LLC and
Defendant TPG Growth V Management, LLC*

**ATTESTATION**

I, Erica Weisgerber, am the ECF User whose ID and password are being used to file this document. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that all counsel have concurred in this filing.

Dated: June 5, 2026

Respectfully submitted,

*/s/ Erica S. Weisgerber*
Erica S. Weisgerber *(pro hac vice)*
**DEBEVOISE & PLIMPTON LLP**
66 Hudson Boulevard
New York, NY 10001
(212) 909-6000
eweisgerber@debevoise.com