Erica S. Weisgerber (admitted *pro hac vice*)
**Debevoise & Plimpton LLP**
66 Hudson Boulevard
New York, New York 10001
Telephone: (212) 909-6000
eweisgerber@debevoise.com

Attorneys for Defendant TPG Global, LLC

*Additional Counsel Listed on Signature Page*

Matthew L. McGinnis (admitted *pro hac vice*)
**ROPES & GRAY LLP**
Prudential Tower
800 Boylston Street
Boston, MA 02199
Telephone: (617) 951-7000
matthew.mcginnis@ropesgray.com

Attorneys for Defendant Musixmatch S.p.A

*Additional Counsel Listed on Signature Page*

Kellie Lerner (admitted *pro hac vice*)
Ben Steinberg (admitted *pro hac vice*)
Lily Fagin (admitted *pro hac vice*)
**SHINDER CANTOR LERNER LLP**
14 Penn Plaza, Suite 1900
New York, NY 10122
(646) 960-8601
kellie@scl-llp.com
benjamin@scl-llp.com
lfagin@scl-llp.com

Brian Caplan
Julie Wlodinguer (admitted *pro hac vice*)
**REITLER KAILAS & ROSENBLATT LLP**
885 Third Avenue, 20th Floor
New York, NY 10022
(212) 209-3050
bcaplan@reitlerlaw.com
jwlodinguer@reitlerlaw.com

Attorneys for Plaintiff LyricFind, Inc.

*Additional Counsel Listed on Signature Page*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| LYRICFIND, INC., <br><br> Plaintiff, <br><br> v. <br><br> MUSIXMATCH S.P.A. and TPG GLOBAL, LLC, <br><br> Defendants. | Case No. 25-cv-02265-JSC <br><br> [~~PROPOSED~~] ORDER RE: OMNIBUS SEALING STIPULATON RE: PLAINTIFF LYRICFIND, INC.'S SECOND AMENDED COMPLAINT |

The Court, having fully considered the papers and arguments presented by the parties, hereby rules on the Omnibus Sealing Stipulation Re: Plaintiff LyricFind, Inc.'s Second Amended Complaint concerning the Parties' undisputed sealing requests, pursuant to the Stipulation and Order Governing Sealing Protocol, Dkt. No. 138, as follows:

| Document | Paragraph | Request | Granted | Denied |
|---|---|---|---|---|
| **Undisputed Requests to Maintain Under Seal** | | | | |
| Dkt. Nos. 139, 139-1, 139-2, 140, 140-1, 140-2, 140-3, and 144 | Full Documents | Maintain under seal or as redacted | | |
| SAC, Dkt. No. 143 | 11 | Maintain under seal | | |
| SAC, Dkt. No. 143 | 27 | Maintain under seal | | |
| SAC, Dkt. No. 143 | 136 | Maintain under seal | | |
| SAC, Dkt. No. 143 | 150 | Maintain under seal | | |
| SAC, Dkt. No. 143 | 151 | Maintain under seal | | |
| SAC, Dkt. No. 143 | 152 | Maintain under seal | | |
| SAC, Dkt. No. 143 | 153 | Maintain under seal | | |
| SAC, Dkt. No. 143 | 154 | Maintain under seal | | |
| SAC, Dkt. No. 143 | 156 | Maintain under seal | | |
| SAC, Dkt. No. 143 | 292 | Maintain under seal | | |
| **Undisputed Requests to Modify Under Seal** | | | | |
| SAC, Dkt. No. 143 | 5 | Fully unseal | | |
| SAC, Dkt. No. 143 | 6 | Fully unseal | | |
| SAC, Dkt. No. 143 | 7 | Fully unseal | | |
| SAC, Dkt. No. 143 | 8 | Fully unseal | | |

| SAC, Dkt. No. 143 | 12 | Modify sealing as reflected in Exhibit A | | |
|---|---|---|---|---|
| SAC, Dkt. No. 143 | 22 | Fully unseal | | |
| SAC, Dkt. No. 143 | 25 | Fully unseal | | |
| SAC, Dkt. No. 143 | 110 | Fully unseal | | |
| SAC, Dkt. No. 143 | 123 | Modify sealing as reflected in Exhibit A | | |
| SAC, Dkt. No. 143 | 126 | Fully unseal | | |
| SAC, Dkt. No. 143 | 133 | Fully unseal | | |
| SAC, Dkt. No. 143 | 138 | Fully unseal | | |
| SAC, Dkt. No. 143 | 142 | Fully unseal | | |
| SAC, Dkt. No. 143 | 145 | Fully unseal | | |
| SAC, Dkt. No. 143 | 146 | Fully unseal | | |
| SAC, Dkt. No. 143 | 147 | Modify sealing as reflected in Exhibit A | | |
| SAC, Dkt. No. 143 | 149 | Fully unseal | | |

**IT IS SO ORDERED.**

DATED:   June 10, 2026

HON. JACQUELINE SCOTT CORLEY
UNITED STATES DISTRICT JUDGE

2