Debevoise & Plimpton

Debevoise & Plimpton LLP
66 Hudson Boulevard
New York, NY 10001
+1 212 909 6000

August 31, 2026

VIA ELECTRONIC FILING

The Honorable Jacqueline S. Corley
United States District Judge
Phillip Burton Federal Building
450 Golden Gate Avenue
San Francisco, CA 94102

*Re: LyricFind, Inc. v. Musixmatch S.p.A. et al.,* No. 3:25-cv-02265 (N.D. Cal.)

Dear Judge Corley:

Pursuant to Your Honor's May 6, 2026 order and further to the parties' July 31, 2026 letter to the Court, the parties jointly write to update the Court regarding the status of the parties' discussions regarding mediation.

The parties are not in agreement on whether a mediation at this point in time would be productive given their respective settlement positions. Plaintiff LyricFind, Inc. is open to mediating at this time, despite the gap in the parties' settlement positions, because it believes mediation is an appropriate venue for trying to bridge the parties' positions. Defendants TPG Global, LLC, TPG Growth V Management, LLC, and Musixmatch S.p.A. have indicated they are not open to mediating at this time due to the gap between the parties' settlement positions.

Both sides remain open to discussing the potential for settlement or a potential mediation session.

The parties remain available at the Court's convenience should the Court wish to discuss these matters further.

Respectfully submitted,

*/s/ Kellie Lerner*
Kellie Lerner (*pro hac vice*)
Ben Steinberg (*pro hac vice*)
Lily Fagin (*pro hac vice*)
**SHINDER CANTOR LERNER LLP**
14 Penn Plaza, Suite 1900
New York, NY 10122
(646) 960-8601
kellie@scl-llp.com
benjamin@scl-llp.com
lfagin@scl-llp.com

*/s/ Erica S. Weisgerber*
Erica S. Weisgerber (*pro hac vice*)
Michael Schaper (*pro hac vice*)
Adam Saunders (*pro hac vice*)
**DEBEVOISE & PLIMPTON LLP**
66 Hudson Boulevard
New York, NY 10001
(212) 909-6000
eweisgerber@debevoise.com
mschaper@debevoise.com
asaunders@debevoise.com

Brian D. Caplan
Julie Wlodinguer (*pro hac vice*)
**REITLER KAILAS & ROSENBLATT LLP**
885 Third Avenue, 20th Floor
New York, NY 10022
(212) 209-3050
bcaplan@reitlerlaw.com
jwlodinguer@reitlerlaw.com

David C. Brownstein (SBN: 141929)
**FARMER BROWNSTEIN JAEGER GOLDSTEIN KLEIN & SIEGEL LLP**
155 Montgomery Street, Suite 301
(415) 962-2873
dbrownstein@fbjgk.com

*Attorneys for Plaintiff LyricFind, Inc.*

Josh A. Cohen (SBN: 217853)
**DEBEVOISE & PLIMPTON LLP**
650 California Street
San Francisco, CA 94108
(415) 738-5704
jacohen@debevoise.com

*Attorneys for Defendant TPG Global, LLC and Defendant TPG Growth V Management, LLC*

*/s/ Matthew L. McGinnis*
Matthew L. McGinnis (*pro hac vice*)
**ROPES & GRAY LLP**
800 Boylston Street
Boston, MA 02199
(617) 951-7567
matthew.mcginnis@ropesgray.com

Rocky Tsai (SBN: 221452)
**ROPES & GRAY LLP**
Three Embarcadero Center
San Francisco, CA 94111
(415) 315-6358
rocky.tsai@ropesgray.com

David A. Young (*pro hac vice*)
Adam R. Safadi (*pro hac vice*)
**ROPES & GRAY LLP**
2099 Pennsylvania Avenue NW
Washington, DC 20006
(202) 508-4702
(202) 508-4717
david.young@ropesgray.com
adam.safadi@ropesgray.com

*Attorneys for Defendant Musixmatch S.p.A.*

**ATTESTATION**

I, Erica Weisgerber, am the ECF User whose ID and password are being used to file this document. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that all counsel have concurred in this filing.

Dated: August 31, 2026

Respectfully submitted,

*/s/ Erica S. Weisgerber*

Erica S. Weisgerber *(pro hac vice)*
**DEBEVOISE & PLIMPTON LLP**
66 Hudson Boulevard
New York, NY 10001
(212) 909-6000
eweisgerber@debevoise.com