Kellie Lerner (*pro hac vice*)
Ben Steinberg (*pro hac vice*)
Lily Fagin (*pro hac vice*)
Michael E. Keramidas (*pro hac vice*)*
**SHINDER CANTOR LERNER LLP**
14 Penn Plaza, Suite 1900
New York, NY 10122
(646) 960-8601
kellie@scl-llp.com
benjamin@scl-llp.com
lfagin@scl-llp.com
mkeramidas@scl-llp.com
**Admitted to practice in Pennsylvania. Not admitted in New York.*

Brian D. Caplan
Julie Wlodinguer (*pro hac vice*)
**REITLER KAILAS & ROSENBLATT LLP**
885 Third Avenue, 20th Floor
New York, NY 10022
(212) 209-3050
bcaplan@reitlerlaw.com
jwlodinguer@reitlerlaw.com

*Attorneys for Plaintiff LyricFind Inc.*
*Additional Counsel Listed on Signature Page*

Matthew L. McGinnis (*pro hac vice*)
**ROPES & GRAY LLP**
800 Boylston Street
Boston, MA 02199
(617) 951-7567
matthew.mcginnis@ropesgray.com

*Attorneys for Defendant Musixmatch S.p.A.*
*Additional Counsel Listed on Signature Page*

Erica Weisgerber (*pro hac vice*)
Michael Schaper (*pro hac vice*)
Adam Saunders (*pro hac vice*)
**DEBEVOISE & PLIMPTON LLP**
66 Hudson Boulevard
New York, NY 10001
(212) 909-6000
eweisgerber@debevoise.com
mschaper@debevoise.com
asaunders@debevoise.com

*Attorneys for Defendants TPG Global, LLC and TPG Growth V Management, LLC*
*Additional Counsel Listed on Signature Page*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

LYRICFIND INC.,

Plaintiff,

v.

MUSIXMATCH S.P.A., TPG GLOBAL, LLC, and TPG GROWTH V MANAGEMENT, LLC

Defendants.

Case No. 3:25-cv-02265-JSC

**JOINT STATEMENT REGARDING PARNESS DISPUTE**

Hon. Jacqueline Scott Corley

Pursuant to the Court's direction at the October 14, 2026 Case Management Conference to "further meet and confer regarding the disputed communications and submit a joint statement," Plaintiff LyricFind Inc. ("LyricFind") and Defendants Musixmatch S.p.A. ("Musixmatch"), TPG Global, LLC, and TPG Growth V Management, LLC (together, "TPG," and with Musixmatch, "Defendants") (collectively with LyricFind, the "Parties") submit this joint statement on the status of the Parties' discussions concerning LyricFind's claims of attorney-client privilege and attorney work-product over communications involving Mr. Parness.

The Parties are continuing to meet and confer regarding the dispute, including discussions regarding the proposed "sneak peek" procedure suggested by the Court at the October 14, 2026 status conference. The Parties propose to provide an update to the Court on Wednesday, November 4, 2026.

Dated: October 28, 2026

Respectfully submitted,

/s/ Kellie Lerner
Kellie Lerner (*pro hac vice*)
Ben Steinberg (*pro hac vice*)
Lily Fagin (*pro hac vice*)
Michael E. Keramidas (*pro hac vice*)*
**SHINDER CANTOR LERNER LLP**
14 Penn Plaza, Suite 1900
New York, NY 10122
(646) 960-8601
kellie@scl-llp.com
benjamin@scl-llp.com
lfagin@scl-llp.com
mkeramidas@scl-llp.com
**Admitted to practice in Pennsylvania. Not admitted in New York.*

Brian D. Caplan
Julie Wlodinguer (*pro hac vice*)
**REITLER KAILAS & ROSENBLATT LLP**
885 Third Avenue, 20th Floor
New York, NY 10022
(212) 209-3050
bcaplan@reitlerlaw.com
jwlodinguer@reitlerlaw.com

/s/ Matthew L. McGinnis
Matthew L. McGinnis (*pro hac vice*)
**ROPES & GRAY LLP**
800 Boylston Street
Boston, MA 02199
(617) 951-7567
matthew.mcginnis@ropesgray.com

Rocky Tsai (SBN: 221452)
**ROPES & GRAY LLP**
Three Embarcadero Center
San Francisco, CA 94111
(415) 315-6358
rocky.tsai@ropesgray.com

David A. Young (*pro hac vice*)
Adam R. Safadi (*pro hac vice*)
**ROPES & GRAY LLP**
2099 Pennsylvania Avenue NW
Washington, DC 20006
(202) 508-4702
(202) 508-4717
david.young@ropesgray.com
adam.safadi@ropesgray.com

*Attorneys for Defendant Musixmatch S.p.A.*

David C. Brownstein (SBN: 141929)
**FARMER BROWNSTEIN JAEGER GOLDSTEIN KLEIN & SIEGEL LLP**
155 Montgomery Street, Suite 301
(415) 962-2873
dbrownstein@fbjgk.com

*Attorneys for Plaintiff LyricFind Inc.*

*/s/ Erica S. Weisgerber*
Erica S. Weisgerber (*pro hac vice*)
Michael Schaper (*pro hac vice*)
Adam Saunders (*pro hac vice*)
**DEBEVOISE & PLIMPTON LLP**
66 Hudson Boulevard
New York, NY 10001
(212) 909-6000
eweisgerber@debevoise.com
mschaper@debevoise.com
asaunders@debevoise.com

Josh A. Cohen (SBN: 217853)
**DEBEVOISE & PLIMPTON LLP**
650 California Street
San Francisco, CA 94108
(415) 738-5704
jacohen@debevoise.com

*Attorneys for Defendants TPG Global, LLC and TPG Growth V Management, LLC*

**ATTESTATION**

I, Matthew L. McGinnis, am the ECF User whose ID and password are being used to file this document. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that all counsel have concurred in this filing.

Dated: October 28, 2026

Respectfully submitted,

*/s/ Matthew L. McGinnis*

Matthew L. McGinnis (*pro hac vice*)
**ROPES & GRAY LLP**
800 Boylston Street
Boston, MA 02199
(617) 951-7567
matthew.mcginnis@ropesgray.com

*Attorney for Defendant Musixmatch S.p.A.*