UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LYRICFIND, INC.,

Plaintiff,

v.

MUSIXMATCH, S.P.A., et al.,

Defendants.

Case No. 25-cv-02265-JSC

**ORDER RE: PRIVILEGE DISPUTE**

Re: Dkt. No. 199

The Court thanks the parties for working together to narrow their respective privilege disputes. In light of the December 18, 2026 document fact discovery deadline, the Court ORDERS the following schedule on any remaining privilege dispute.

For the dispute as to Plaintiff's privilege designations, each side shall select five privilege log entries for the Court to review *in camera*. The goal is to select representative entries so when the Court rules the parties will be able to apply the ruling to the remaining privilege log entries. The *in camera* documents may be emailed to the Court's Courtroom Deputy Clerk. The *in camera* submission shall be accompanied by a joint submission, to be filed on the public docket, with any argument in support of the party's position. The submission shall not exceed 10 pages and does not need to repeat arguments made previously, but may instead incorporate those arguments by citation. The party that bears the burden, in this case Plaintiff, may have six pages while Defendants have four. The submission must be made to the Court by **December 10, 2026** at the latest.

The same procedure and deadline shall apply to Defendants' privilege designations.

**IT IS SO ORDERED.**

Dated: November 16, 2026

JACQUELINE SCOTT CORLEY
United States District Judge

United States District Court
Northern District of California